UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 01-20457
Summary Calendar
_____


LINDA D. LESLIE,

                                    Plaintiff-Appellant,

                    v.

CITY OF HOUSTON,

                                    Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Texas
(H-99-CV-4148)
_____
October 1, 2001

Before DAVIS, BENAVIDES and STEWART, Circuit Judges.

PER CURIAM:[*]

     Appellant Linda Leslie appeals from an adverse summary
judgment dismissing her pregnancy discrimination claim against the
City of Houston.  After reviewing the briefs and the record on
appeal, we affirm the judgment of the district court for the
reasons set forth in the memorandum and opinion signed by Judge
Rosenthal on March 30, 2001.

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED